MADE JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| Los Padres Forestwatch | ) | No.  CV 08-845-GW(MANx) |
| | ) | |
| Plaintiff, | ) | **FINAL JUDGMENT AND ORDER OF** |
| | ) | **DISMISSAL** |
| v. | ) | |
| | ) | |
| United States Forest Service, et al., | ) | Before The Honorable George H. Wu |
| | ) | |
| Federal Defendants. | ) | |
| | )) | |
| | ) | |

**FINAL JUDGMENT**

THIS MATTER came before the Court on the Parties' "Stipulation of Dismissal and Proposed Form of Judgment," and the Court's July 3, 2008 rulings on the Parties' cross-motions for summary judgment.  See Dkt. No. 30.

IT IS HEREBY ORDERED that judgment is entered for Plaintiff on

Plaintiffs' First and Second Claims for Relief insofar as those claims alleged that the Forest Service violated the National Environmental Policy Act ("NEPA"), 42 U.S.C. § 4321 *et seq.*, in adopting the agency's October 11, 2007 "Decision Memo" for Day Fire Hazard Tree Project based on a categorical exclusion for road maintenance.

IT IS HEREBY ORDERED that judgment is entered for Federal Defendants on Plaintiffs' Third and Fourth Claims for Relief insofar as those claims alleged that the Forest Service violated NEPA and the National Forest Management Act ("NFMA"), 16 U.S.C. § 1601 *et seq.*, in addressing effects of the Project on the California condor.

IT IS FURTHER ORDERED that all other remaining claims for relief arising out of Plaintiff's Complaint, Dkt. No. 1, as amended (see, e.g., Dkt. No. 16), are dismissed with prejudice, except for any claim that Plaintiff may have for seeking attorneys' fees and costs in accordance with federal law.  All requirements and obligations of the Court's July 11, 2008 'Order Re: Interim Stay Pending Resolution of Remedy,' Dkt. No. 31, are hereby vacated and declared null and void.

Dated this 11th day of August, 2008.

_____
THE HONORABLE GEORGE H. WU
United States District Judge